IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANGELA DUTTON                                                                                        PLAINTIFF

vs.                                         Civil No. 5:23-cv-05087

MARTIN J. O'MALLEY                                                                              DEFENDANT
Social Security Administration

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant's Unopposed Motion for Reversal and Remand and Brief in Support.  ECF Nos. 16 and 17.  Plaintiff has no objections to this Motion.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Timothy L. Brooks referred this case to this Court for the purpose of making a report and recommendation.  In accordance with that referral, this Court enters the following report and recommendation.

Defendant requests Plaintiff's case be remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) so the Commissioner can conduct further proceedings.  ECF No. 17.  Plaintiff does not oppose the granting of this Motion.  *Id.*

Based upon the foregoing, this Court recommends Defendant's Unopposed Motion for Reversal and Remand (ECF No. 16) be **GRANTED,** and Plaintiff's case be reversed and remanded to the Social Security Administration for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are**

reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  See *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

ENTERED this 8th day of January 2024.


/s/ *Barry A. Bryant*
**HON. BARRY A. BRYANT**
**UNITED STATES MAGISTRATE JUDGE**