# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**ANGELA DUTTON**                                                                                                          **PLAINTIFF**

**V.**                                    **CASE NO. 5:23-CV-5087**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 24) of United States Magistrate Judge Barry A. Bryant, dated April 29, 2024, regarding the Motion for Attorney's Fees (Doc. 21) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 21) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for attorney's fees in the total amount of **$6,389.10**. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 14th day of May, 2024.

                                                              /s/ Timothy L. Brooks
                                                              TIMOTHY L. BROOKS
                                                              UNITED STATES DISTRICT JUDGE